```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHNSON-TUCKER, et al.,                                     :
                                    Plaintiff,              :
                                                            :      23 Civ. 1351 (LGS)
                  -against-                                 :
                                                            :             ORDER
LOYOLA SCHOOL., et al.,                                     :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 6, 2023, required the parties to file a proposed case management plan and joint letter by April 12, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for April 19, 2023, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 17, 2023, at 12:00 P.M.**

Dated: April 13, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**