UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHNSON-TUCKER et al.,

                Plaintiffs,

-against-          23 Civ. 1351 (LGS)

                ORDER

LOYOLA SCHOOL et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      WHEREAS, Defendants filed a pre-motion letter on April 24, 2023, stating their intent to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Plaintiffs filed a letter in response on May 1, 2023.  It is hereby

      **ORDERED** that a pre-motion conference will be held on **May 10, 2023, at 4:20 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333.

DATED:  May 2, 2023
              New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE