

BIEDERMANN·HOENIG·SEMPREVIVO

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

September 8, 2023

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 69.

**VIA ECF**

SO ORDERED.

*Jessica Clarke*

Hon. Jessica G.L. Clarke
United States District Court, Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

JESSICA G. L. CLARKE
United States District Judge

**Re:**   ***Diori Johnson-Tucker, et al. v. Loyola School, et al.***
          **Civil Case No.: 1:23-cv-01351-JGLC**

Dated: September 8, 2023
New York, New York

Your Honor:

      We represent the defendants in the above-referenced matter. This letter motion is submitted in connection with the parties' Stipulation and Proposed Confidentiality Order filed on the docket at ECF 68. For the reasons stated therein, the parties submit that there is good cause for the Court to so-order the Stipulation and Confidentiality Order in advance of the parties' September 17, 2023, deadline to exchange discovery materials. Namely, the materials to be exchanged in this case include documents prepared and/or maintained by the defendant, Loyola School, which include educational and financial aid records, among other things, which are protected under state and federal privacy laws.

      Plaintiffs join in this request, and will receive notice of this filing on the Court's electronic filing system. The parties appreciate Your Honor's time and consideration of this matter.

Respectfully submitted,

BIEDERMANN HOENIG SEMPREVIVO,
A Professional Corporation

By: _____
     Sara E. Thompson

*Attorneys for Defendants*
LOYOLA SCHOOL, TONY OROSZLANY,
JAMES LYNESS, BRIDGET CINTRON,
DANIEL SULLIVAN, FRANCIS
BUCKLEY-LAWSON, YESENIA FERRAN,
MARY CHRISTINE ANDREWS, JACQUES

Hon. Jessica G.L. Clarke
September 8, 2023
Page 2 of 2

JOSEPH, KEVIN MARTINEZ, SUNITA
MEYERS, DAVID PALLADINO, ABBY
MCCLAIN, MARY ANN LYNCH-MINSON,
and JALMA GUEVARA
One Grand Central Place
60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: (646) 218-7560
Sara.Thompson@lawbhs.com