**BIEDERMANN·HOENIG·SEMPREVIVO**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

March 15, 2024

<u>VIA ECF</u>
Hon. Jessica G. L. Clarke
United States District Court,
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



Re:   *Diori Johnson-Tucker, et al. v. Loyola School, et al.*
      <u>Civil Case No.: 1:23-cv-01351-JGLC</u>

Your Honor:

This letter is submitted jointly by the undersigned attorneys pursuant to Your Honor's March 8, 2024, Order, requesting the status of the parties' request to mediate.

The parties have agreed to private mediation (JAMS) with mediator, N. Damali Peterman, Esq. and have scheduled the mediation for April 30, 2024. The parties will submit a joint status letter advising the Court of the outcome of the mediation by May 6, 2024.

Respectfully submitted,

BIEDERMANN HOENIG SEMPREVIVO,
A Professional Corporation

By:  <u>/s/ Sara E. Thompson</u>
     Sara E. Thompson

*Attorneys for Defendants*
One Grand Central Place
60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: (646) 218-7560
Sara.Thompson@lawbhs.com

THE COCHRAN FIRM

By: <u>/s/ Derek S. Sells</u>
    Derek S. Sells

*Attorneys for Plaintiffs*
55 Broadway, 23rd Floor
New York, New York 10006
Tel: 212-553-9215
dsells@cochranfirmny.com

In light of the parties' letter, discovery in this action is hereby STAYED pending the outcome of the parties' private mediation. The parties are ORDERED to file a letter by **May 6, 2024** updating the Court on the status of the case.

Dated: March 15, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge