UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIORI JOHNSON-TUCKER, et al.,

                Plaintiffs,

-against-

LOYOLA SCHOOL, et al.,

                Defendants.

23-CV-1351 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On August 12, 2024, Counsel for Plaintiffs filed a motion to approve the parties' proposed settlement. *See* ECF No. 108. Counsel for all parties shall appear for a conference with the Court on **October 1, 2024** at **12:00 p.m.** to discuss the terms of their proposed settlement agreement. *See* ECF No. 108. The conference will be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court intends to rule on the parties' motion at the conference.

    In advance of that conference, and no later than **September 13, 2024,** counsel for Plaintiffs are ORDERED to submit contemporaneous billing records documenting, for each attorney, the nature of the work performed, the date, the hours expended, and counsel's rate.

    In light of the parties' settlement, Defendants' motion to dismiss at ECF No. 86 is denied as moot. The Clerk of Court is directed to terminate ECF No. 86.

Dated: August 14, 2024
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*
                              JESSICA G. L. CLARKE
                              United States District Judge