UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIORI JOHNSON-TUCKER and KAWAN TUCKER,
SR., Individually, and as Parents and Legal Guardians of
K.T. an infant, and ANISA TUCKER,

                    Plaintiffs,

            -against-

LOYOLA SCHOOL, TONY OROSZLANY, President, JAMES LYNESS, Principal, BRIDGET CINTRON, assistant, DANIEL SULLIVAN, Dean of Students, FRANCIS BUCKLEY-LAWSON, teacher, YESENIA FERRAN, teacher, MARY CHRISTINE ANDREWS, faculty, JACQUES JOSEPH, Dean of Students, KEVIN MARTINEZ, office administrator, SUNITA MEYERS, teacher, DAVID PALLADINO, girls basketball coach, ABBY MCCLAIN, guidance counselor, MARY ANN LYNCH-MINSON, faculty, and JALMA GUEVARA, security officer (collectively referred to as the "Defendants"),

                    Defendants.
------------------------------------------------------------------------X

23-cv-01351-JGLC

**<u>INFANT'S COMPROMISE ORDER, UNDER SEAL</u>**

      Upon the application of DIORI JOHNSON-TUCKER and KAWAN TUCKER, SR., parents and natural guardian of the infant Petitioner K.T. sworn to on 12th day of August, 2024 and the supporting Affirmation of Derek S. Sells of The Cochran Firm, attorneys for the Plaintiffs, dated 12th day of August, 2024 and it appearing that the infant Petitioner is now 17 years old; and it appearing to the satisfaction of this Court that the best interests of the infant Petitioner will be served by keeping this Order and all of the papers, associated with the petition under seal, and based upon the pleadings, and proceedings heretofore had herein,

      NOW, on motion of THE COCHRAN FIRM, attorneys for the Petitioner, K.T. an infant by his parents and natural guardians DIORI JOHNSON-TUCKER and KAWAN TUCKER, SR. and DIORI JOHNSON-TUCKER and KAWAN TUCKER, SR., Individually, it is hereby

**ORDERED,** that the underlying action on behalf of the infant Petitioner, K.T., against Defendants, LOYOLA SCHOOL, TONY OROSZLANY, President, JAMES LYNESS, Principal, BRIDGET CINTRON, assistant, DANIEL SULLIVAN, Dean of Students, FRANCIS BUCKLEY-LAWSON, teacher, YESENIA FERRAN, teacher, MARY CHRISTINE ANDREWS, faculty, JACQUES JOSEPH, Dean of Students, KEVIN MARTINEZ, office administrator, SUNITA MEYERS, teacher, DAVID PALLADINO, girls basketball coach, ABBY MCCLAIN, guidance counselor, MARY ANN LYNCH-MINSON, faculty, and JALMA GUEVARA, security officer (collectively referred to as the "Defendants"), is settled for the total sum of ▮▮▮▮▮▮▮▮▮▮ and a waiver by LOYOLA SCHOOL of the Plaintiffs' outstanding tuition balance of EIGHTEEN THOUSAND, EIGHT HUNDRED, SIXTY-SEVEN DOLLARS AND TWENTY-FIVE CENTS ($18,867.25) and any interest, costs, or fees having accrued thereon.

**ORDERED,** that the settlement proceeds shall be allocated to the Infant K.T. as follows:

a.  A check for ▮▮▮▮▮ payable to Diori Johnson-Tucker and Kawan Tucker, Sr. and an officer of Chase Manhattan Bank to be held in trust until K.T. reaches the age of 18.

b.  A check payable to Anisa Tucker-Johnson in the amount of ▮▮▮▮▮;

c.  A check payable to the Cochran firm for ▮▮▮▮▮ for its Fee;

**ORDERED,** that upon receipt of this Order and a General Release, LOYOLA SCHOOL shall make these payments within thirty days;

**ORDERED,** that DIORI JOHNSON-TUCKER and KAWAN TUCKER, SR. as parents of K.T. are hereby directed, authorized, and empowered to execute and deliver general releases,

discontinuances, and other papers and/or ancillary documents as required DIORI JOHNSON-TUCKER and KAWAN TUCKER, SR. to effectuate settlement.

ENTER:

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Order signed this 1st day of October, 2024